**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CV-441-GCM**

| | | |
|---|---|---|
| **VICTORIA SQUITIERI,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **PIEDMONT AIRLINES, INC.,** *et al,* | ) | |
| **Defendants.** | ) | |
| | ) | |

 

  **THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Patricia G. Griffith,** filed September 25, 2017 [doc. # 12].

  Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

  In accordance with Local Rule 83.1 (B), Ms. Griffith is admitted to appear before this court *pro hac vice* on behalf of Defendants, Piedmont Airlines, Inc., Larry Baldwin, and Darrel Butler.

  **IT IS SO ORDERED.**

 

    Signed: October 13, 2017

    Graham C. Mullen
    United States District Judge