# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:17-CV-441-GCM

| | |
|---|---|
| VICTORIA SQUITIERI, ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| PIEDMONT AIRLINES, INC., *et al*, ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Robert M. Weaver,** filed October 12, 2017 [doc. # 19].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Weaver is admitted to appear before this court *pro hac vice* on behalf of Defendants, Anthony Barden, Donielle Prophete, and Darryle Williams.

**IT IS SO ORDERED.**

Signed: October 13, 2017

Graham C. Mullen
United States District Judge